The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV24-0909-RAJ |
| Plaintiff, | **NOTICE OF RECEIPT OF THIRD-PARTY CLAIM BY SIDNEY AND ANN HATHAWAY** |
| v. | |
| APPROXIMATELY 149 LOTS OF STAMPS AND OTHER COLLECTIBLE ITEMS ASSOCIATED WITH INVOICE NUMBERS 33736, 33767, 33786, 33801, AND 33942, SEIZED FROM ROBERT A. SEIGEL AUCTION GALLERIES, INC., | |
| Defendant. | |

The United States, by and through its undersigned counsel, hereby provides notice that on July 6, 2024, Third-Party Claimants Sidney and Ann Hathaway mailed to the United States Attorney's Office a letter of interest in the Defendant Cryptocurrency (Approximately 149 Lots of Stamps and Other Collectible Items Associated with Invoice Numbers 33736, 33767, 33786, 33801, and 33942, seized from Robert A. Seigel Auction Galleries, Inc.), which was received on or about July 11, 2024.

Notice of Receipt of 3rd Party Claim - 1
*United States v. Approximately 149 Lots of Stamps*
CV24-0909-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      A true and correct redacted copy of Sidney and Ann Hathaway's claim is attached

2  hereto as Exhibit A.

3

4      DATED this 12th day of July, 2024.

5                                  Respectfully submitted,

6                                  TESSA M. GORMAN
                                   United States Attorney
7

8                                  s/Krista K. Bush
9                                  KRISTA K. BUSH
                                   Assistant United States Attorney
10                                 United States Attorney's Office
                                   700 Stewart Street, Suite 5220
11                                 Seattle, Washington 98101
                                   Phone: (206) 553-2242
12                                 Fax: (206) 553-6934
                                   Krista.Bush@usdoj.gov
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Notice of Receipt of 3rd Party Claim - 2
*United States v. Approximately 149 Lots of Stamps*
CV24-0909-RAJ

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2024, I electronically filed the foregoing Notice of Receipt of Third-Party Claim with the Clerk of the Court using the CM/ECF system, which sends notice of the filing to all ECF participants of record.

I hereby further certify that on July 12, 2024, I served the foregoing Notice on the following parties who are not participating in ECF, at the addresses listed below, by U.S. First Class Mail and/or by electronic mail, as indicated:

Sidney and Ann Hathaway

Oakdale, PA 15071-3848

 *s/Hannah G. Williams*
HANNAH G. WILLIAMS
FSA Supervisory Paralegal, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Fax: (206) 553-6934
Hannah.Williams2@usdoj.gov

Notice of Receipt of 3rd Party Claim - 3
*United States v. Approximately 149 Lots of Stamps*
CV24-0909-RAJ

# **EXHIBIT A**

# Sidney and Ann Hathaway

████ ███████████

Oakdale, Pennsylvania 15071

July 6, 2024

Krista K Bush
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

**RECEIVED**

'JUL 11 2024

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

RE: NO. CV24-909

In compliance with you recent letter, please accept the following claims.

$28,000 cashier check sent to Dennis Ray Woods

$75,000 deposited in 2 Bitcoin machines

$2730 in gift cards from various retail stores

Total   $105,730

You have in your possession the cashier check to Dennis Ray Woods.

Enclosed are copies of receipts for the Bitcoin machines and gift cards.

Enclosed is a copy of an acceptance letter from the Department of Treasury indicating that we were dealing with the government. The bank refused to clear the funds and they were eventually retuned to us,

We sign this claim under penalty of perjury.

Sincerely yours,

Sidney Hathaway                    Ann Hathaway



**Acceptance Letter**

Date: 07/17/23
To,
Mr. Sidney G Hathaway

Dear Mr. Sidney G Hathaway

*As you are aware about the identity theft case and as we are helping you secure your funds with the Treasury Department, we state that we have received your Teller Transaction with the amount $70,000.00. Your return cheque with the same amount is ready to be dispatched.*

*The return cheque will be dispatched from the treasury department as investigation comes to an end at the Federal Trade Commission.*

Case Officer: - Jennifer Smith                   -
Batch ID: - ███████████████
Access code for Cheque Transaction: ███████████████

Signature

*[signature]*

Janet Yellen
Secretary of Treasury

 **ATHENA** BITCOIN          Bitcoin Purchase

Date: 2023-09-13 11:01

Transaction ID: b79eb4f36b

Address:
███████████████████████████

Exchange rate: $30193.51+0.00011426 BTC fee

Cash tendered: $100

Bitcoin purchased: 0.00319771

Kiosk operated by Athena Bitcoin, Inc.
Phone support: ██████████
Email support: ███████████████
Website: AthenaBitcoin.com

Thank you

---

**ATHENA** BITCOIN          Bitcoin Purchase

Date: 2023-09-12 09:41

Transaction ID: 74b3b17eeb

Address:
███████████████████████████

Exchange rate: $35062.00

Cash tendered: $5000

Bitcoin purchased: 0.14260453

Kiosk operated by Athena Bitcoin, Inc.
Phone support: ████████
Email support: ████████████
Website: AthenaBitcoin.com

Thank you

---

**ATHENA** BITCOIN          Bitcoin Purchase

Date: 2023-09-13 09:46

Transaction ID: c1fcab430e

Address:
███████████████████████████

Exchange rate: $35202.60

Cash tendered: $10000

Bitcoin purchased: 0.28406993

Kiosk operated by Athena Bitcoin, Inc.
Phone support: ██████████
Email support: ██████████████
Website: AthenaBitcoin.com

Thank you

---

**ATHENA** BITCOIN          Bitcoin Purchase

Date: 2023-09-09 10:08

Transaction ID: 142d71dec0

Address:
███████████████████████████

Exchange rate: $34706.05

Cash tendered: $10000

Bitcoin purchased: 0.28813420

Kiosk operated by Athena Bitcoin, Inc.
Phone support: ██████████
Email support: ██████████████
Website: AthenaBitcoin.com

Thank you

**ATHENA** BITCOIN    Bitcoin Purchase

Date: 2023-09-08 11:21

Transaction ID: f278063b3f

Address:
███████████████████████

Exchange rate: $34635.80

Cash tendered: $10000

Bitcoin purchased: 0.28871861

Kiosk operated by Athena Bitcoin, Inc.
Phone support: ███████████
Email support: ███████████████
Website: AthenaBitcoin.com

Thank you

---

**ATHENA** BITCOIN    Bitcoin Purchase

Date: 2023-09-12 10:59

Transaction ID: 8950d623ec

Address:
███████████████████████

Exchange rate: $35118.05

Cash tendered: $5000

Bitcoin purchased: 0.14237693

Kiosk operated by Athena Bitcoin, Inc.
Phone support: ███████████
Email support: ████████████████
Website: AthenaBitcoin.com

Thank you

---

**ATHENA** BITCOIN    Bitcoin Purchase

Date: 2023-09-13 10:50

Transaction ID: ab0be850d1

Address:


Exchange rate: $34697.81

Cash tendered: $4900

Bitcoin purchased: 0.14121929

Kiosk operated by Athena Bitcoin, Inc.
Phone support: ███████████
Email support: ████████████████
Website: AthenaBitcoin.com

Thank you

---

**ATHENA** BITCOIN    Bitcoin Purchase

Date: 2023-09-13 10:11

Transaction ID: 549459ad10

Address:


Exchange rate: $35178.82

Cash tendered: $10000

Bitcoin purchased: 0.28426195

Kiosk operated by Athena Bitcoin, Inc.
Phone support: ███████████
Email support: ████████████████
Website: AthenaBitcoin.com

Thank you

**ATHENA** BITCOIN          Bitcoin Purchase

Date: 2023-09-14 11:59

Transaction ID: d6636741dc

Address:
███████████████████████████s

Exchange rate: $35665.98

Cash tendered: $10000

Bitcoin purchased: 0.28037923

Kiosk operated by Athena Bitcoin, Inc.
Phone support: ███████████
Email support: ███████████████████
Website: AthenaBitcoin.com

Thank you

---

**ATHENA** BITCOIN          Bitcoin Purchase

Date: 2023-09-14 10:40

Transaction ID: b112298645

Address:
███████████ ██████████████████

Exchange rate: $35681.98

Cash tendered: $5000

Bitcoin purchased: 0.14012675

Kiosk operated by Athena Bitcoin, Inc.
Phone support: █████████████
Email support: ██████████████████h
Website: AthenaBitcoin.com

Thank you

---

**ATHENA** BITCOIN          Bitcoin Purchase

Date: 2023-09-11 10:51

Transaction ID: bdb13d2e22

Address:

██████████████████████████████

Exchange rate: $33626.91

Cash tendered: $5000

Bitcoin purchased: 0.14869044

Kiosk operated by Athena Bitcoin, Inc.
Phone support: ████████████p
Email support: ██████████████████m
Website: AthenaBitcoin.com

Thank you

# Gift Card

### For all things Apple

    

Mac   iPhone   iPad   Watch   Accessories

   

App Store   Music   TV+   iTunes   Fitness+

Go to apple.com/redeem to add to your Apple account.
Use your balance for online and Apple Store purchases.

Do not share your code. Valid only for U.S. transactions. For assistance, visit support.apple.com/giftcard or call 800-275-2273. Issued by AVS. Terms apply; see apple.com/us/go/legal/gc. © 2022 Apple Inc.

 4MCP

2257

D8721LL

---



Apple South Hills V...
301 South H s V lage
Pittsburgh, PA 15241
south sw age@app
412-308-1970
www.apple.com/retail/south-hi sv age

September 16, 2023  03:41 PM

Apple Gift Card                                          $ 490.00 N
Part Number: D7987_ /A
Gift Certificate Number:
2257
No Returns

| | | |
|---|---|---|
| ...otal | $ 490.00 |
| ...ax | $ 0.00 |
| Total | $ 490.00 |

System Method

MASTERC                                                  $ 49 1

---



Apple South Hills Village
301 South H s V age
Pittsburgh, PA 15241
south sw age@apple.com
412-308-1970
www.apple.com/retail/south-hi sv age

September 18, 2023  03:09 PM

Apple Gift Card                                          $ 5  00 N
Number  D7987_ /A
Gift Certificate Number:
257
No Returns

| | |
|---|---|
| Sub-Total | $ 500.00 |
| Tax @ 7.00% | $ 0.00 |
| Total | $ 500.00 |

Payment Method

---

# Gift Card

### For all things Apple

    

Mac   iPhone   iPad   Watch   Accessories

     

App Store   Music   TV+   iTunes   Fitness+

Go to apple.com/redeem to add to your Apple account.
Use your balance for online and Apple Store purchases.

Do not share your code. Valid only for U.S. transactions. For assistance, visit support.apple.com/giftcard or call 800-275-2273. Issued by AVS. Terms apply; see apple.com/us/go/legal/gc. © 2022 Apple Inc.

 P7KX

7257

D8721LL





**TARGET GIFTCARD**

Redeemable for merchandise or services. Save gift cards and prepaid cards at Target stores/Target.com. Cannot be redeemed for cash or credit except where required by law. No fees or expiration date. No value until purchased. Get balance information at Target.com/checkbalance or 1-800-544-2943. To replace the remaining value on a lost, stolen or damaged card with the original purchase receipt, call 1-800-544-2943. ©2020 Target Brands, Inc. The Bullseye Design and Target are registered trademarks of Target Brands, Inc. C00121161009X

**Avoid Scams. Target GiftCards are only accepted at Target stores and Target.com.** For more information visit securitytarget/com/fraud

24

Card # █████-833█
Access # █████054

Seq # █1883
Event # █5852-0

AW07221          █5852



North Fayette - 412-490-0488
600 Chauvet Dr
Pittsburgh, Pennsylvania  275-1043
09/16/2023 01:07 PM

**ELECTRONICS**

█████5852 GIFT CARDS          N   $490.00
                   ██████-833█
New Bal: $490.00
Cannot be returned*

SUBTOTAL          $490.00
NO TAX             $0.00
TOTAL            $490.00
*4916 MASTERCARD CHARGE  $490.00
AID:

MASTERCARD
AUTH CODE:  ████████

WHEN YOU RETURN ANY ITEM, YOUR
RETURN CREDIT WILL NOT INCLUDE ANY
PROMOTIONAL DISCOUNT OR COUPON THAT
APPLIED TO THE ORIGINAL ORDER.

*Not redeemable for cash,
except where required by law

REC#████████439-6 VCD#████0-536

Help make your Target Run better.
Take a 2 minute survey about today's trip

CUENTENOS EN ESPAÑOL

Please take this survey within 7 days

Give us feedback @ survey.walmart.com
Thank you! ID #:7SKK5 5X5█

**walmart**

9 Mgr:
PARK DR
#0 15275
*# 92 TR# 04158
*40   250.00 0
AL   250.00
*1   250.00
250.00 -
CAP I
APP0█
*= 3210 I 1
█ 104.█005
N.D A0^6066094.
AAC  5  █   EA6FALL I
TER█.█ █L010437
*NO S█.█GRE REQUIRED
6█ 9/23   12:50:08
CHANGE DUE   0.00
SHOP.CAR █████ATION  250.00
ACCOUNT █████0474****
ICB █████████



Wa_mart+

Become a member
█ █r free 3█ █ trial

Low Prices You Can Trust. Every Day.
09/19/23   12:50:09
***CUSTOMER COPY***



Walmart ⅀ Walmart.com samsclub.com sam's club ◇

To report fraud or to check balance, call 1-888-537-5503. Terms, including a mandatory arbitration provision, apply to use of this card. See full terms, which may change without notice, at Walmart.com/giftcardterms. Use this card at any Walmart store or Sam's Club in the U.S. or Puerto Rico, or on-line at Wal-Mart.com, Samsclub.com, or at any location listed at Walmart.com/giftcardterms. Card balance is a liability of Wal-Mart Stores Arkansas, LLC. No cash redemption unless required by law. No replacement for lost/stolen cards. Walmart may refuse to accept this card and take action, including balance forfeiture, for fraud, abuse or violation of terms. Never give card numbers to someone you don't know. For more information on how to protect yourself from fraud, visit Walmart.com/fraud

2187 PIN# ████

████████████9256



FD-103344



**Walmart >< Walmart.com** samsclub.com sam's club ◇

To report fraud or to check balance, call 1-888-537-5503. Terms, including a mandatory arbitration provision, apply to use of this card. See full terms, which may change without notice, at Walmart.com/giftcardterms. Use this card at any Walmart store or Sam's Club in the U.S. or Puerto Rico, or on-line at Wal-Mart.com, Samsclub.com, or at any location listed at Walmart.com/giftcardterms. Card balance is a liability of Wal-Mart Stores Arkansas, LLC. No cash redemption unless required by law. No replacement for lost/stolen cards. Walmart may refuse to accept this card and take action, including balance forfeiture, for fraud, abuse or violations of terms. Never give card numbers to someone you don't know. For more information on how to protect yourself from fraud, visit Walmart.com/fraud.

U3I2 PIN#

4137

FD-101444



Give us feedback @ survey.walmart.com
Thank you! ID #: ▮▮▮▮▮SXB8X

**Walmart** ><

412 ▮▮▮ 9079 Mgr: PAUL
2nd SUMMIT PARK DR
▮▮▮TSBURGH PA 15275

TOTAL          50.00
/FI           250.00
#3▮    ** 3000 I 3

VISA CREDIT
APPROVAL # U▮74R
▮▮▮▮▮▮0511
TRANS ID   3032▮▮▮▮   5▮ 81
▮▮ EDITION   6D
▮▮▮▮▮NT SERVICE
A▮D A00▮▮▮000031▮
A▮C 0B06▮2A2674
TE▮m▮▮▮# SLG104▮▮▮
*NO SIGNATURE REQUIRED
3/19/23   12:33 46
CHANGE DUE        0.00
▮▮▮ ▮ELEVATION        250.00
ACCOUN▮



**Walmart** ><

Become a member
Scan for free 30-day trial

Low Prices You Can Trust. Every Day.
09/19/23   12:33:47
***CUSTOMER COPY***



Give us feedback @ survey.walmart.com
Thank you! ID #: 7SKKL▮M932N

**Wal▮▮▮**

412-J▮▮▮   Mgr: DANA
7500 UN▮▮▮▮ BOULEVARD
MOON T▮▮▮▮▮▮ PA 15108
ST# 0▮544 OP# 0▮▮▮76 TE# 07 TR# 07134
GIFT CARD    ▮▮▮▮▮379    250.00 0
SUBTOTAL        250.00
TOTAL         250.00
MCARD TEND        250.00
CAPITAL ONE    **** **** **** 3210 I 1
APPROVAL # 0B009S
▮LF #   ▮▮▮0314
ATG   ▮▮▮▮▮▮▮▮▮1010
▮▮▮▮▮▮▮▮568F
TE▮▮INAL # SC011
*NO SIGNATURE RE
09/19/2    :16.01
DUE        0.00
SHOP.L   ACT▮
ACCOUN  ▮2152
▮▮▮▮▮▮   81        250.00

**Walmart** ><

Become a member ▮
Scan for free 30-day ▮ial

Low Prices You Can Trust. Every Day.
09/19/23   13:16:01
***CUSTOMER COPY***

**Walmart >< Walmart.com** samsclub.com sam's club ◇

To report fraud or to check balance, call 1-888-537-5503. Terms, including a mandatory arbitration provision, apply to use of this card. See full terms, which may change without notice, at http://Wal-Mart.com/giftcardterms. Use this card at any Walmart store or Sam's Club in the U.S. or Puerto Rico, or on-line at http://Wal-Mart.com, Samsclub.com, or at any location listed at http://Walmart.com/giftcardterms. Card balance is a liability of Wal-Mart Stores Arkansas, LLC. No cash redemption unless required by law. No replacement for lost/stolen cards. Walmart may refuse to accept this card and take action, including balance forfeiture, for fraud, abuse or violations of terms. Never give card numbers to someone you don't know. For more information on how to protect yourself from fraud, visit http://Walmart.com/fraud.

8048 PIN#

6095

FD-101447



FD-56192        Protect this card as you would cash

Your Sephora Gift Card Number is:

CARD#            7867   PIN#

Redeemable only for merchandise sold at Sephora locations in the U.S. and Canada, at Sephora.com, on our mobile app and at Sephora inside JCPenney stores. Not refundable or redeemable for cash except as required by law. The value of this card will not be replaced if the card is lost, stolen, altered or destroyed. Does not expire. If your purchase exceeds the balance, you must pay the difference. Card is issued by and is the obligation solely of LGCS Inc. You expressly release Sephora USA, Inc. and its affiliates other than LGCS Inc. for any and all liability with respect to this card. Complete terms and conditions are posted at www.sephora.com/giftcards. Purchase, use, or acceptance of this card constitutes acceptance of its terms and conditions, which may change. For store locations, orders, or card balance inquiries, please visit www.sephora.com or call 1-888-860-7897. 2017 LGCS Inc. All rights reserved.
Protect Yourself
Learn More about Gift Card Scams
www.sephora.com/giftcardscams



**SEPHORA**

SEPHORA SO HILLS VILLAGE
301 SOUTH HILLS VILLAGE SPACE 1405A
PITTSBURGH, PA 15241
(412) 834-1111

| ITEM | QTY | PRICE | AMOUNT |
|---|---|---|---|
| GIFT CARD |  |  |  |
| 1-1284 | 1 | 50.00 | .00 |

CARD NUMBER
TRANS TYPE        : PURCHASE
AUTH #            : 31732°
REMAINING BALANCE : 50.00

| GIFT CARD |  |  |  |
|---|---|---|---|
| 1-1284 | 1 | 250.00 | 250.00 |

CARD NUMBER
TRANS TYPE        : PURCHASE
AUTH #            : 92
REMAINING BALANCE : 2 0.0°

SUBTOTAL
TOTAL AM

MasterCard Purchase          $500.00

Card Number   : ************3210
Card Type     : MasterCard
Card Entry    : CHIP
Trans Type    : PURCHASE
Amount        : $500.00

Auth #        : 03775S
Sequence #    : 000049
Reference #   : 00000049
Term Id #     : 003
Date          : 09/18/23
Time          : 15:14:21

APPROVED

Application Label : CAPITAL ONE
AID :

I AGREE TO PAY THE ABOVE TOTAL AMOUNT
ACCORDING TO THE CARD ISSUER STATEMENT

ITEM 2
9/18/23  3:12 PM

************************************
**BEAUTY INSIDER**



Mr. Sidney G. Hathaway
Oakdale, PA 15071-3848




Retail

U.S. POSTAGE PAID
FCM LETTER
IMPERIAL, PA 15126
JUL 08, 2024

98101

$0.92

RDC 99

R2305H130980-9

KRISTA K. BUSH
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5
SEATTLE, WASHINGTON 98101

RECEIVED

JUL 11 2024

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON